GLORIA DEANNA DICKERSON, Appellant, v UNITED WAY OF NEW YORK CITY, Respondent, et al., Defendants.

Submitted November 3, 2014; decided December 17, 2014

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 24 NY3d 903 (2014)].